UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 2 6 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FELIPE BELTRAN FELIX,

        Defendant.

CASE NO. 11CR5408

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

    8:1326(a) and (b) - Attempted Entry After Deportation

    18:111(a)(1) - Assault on a Federal Officer

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/26/2013

Mitchell D. Dembin
U.S. Magistrate Judge